**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LEOPOLDO CARMONA**,

           **Plaintiff,**

  v.                              Civil No. 9:02-CV-884
                                       (GLS) (DEP)

**LESTER N. WRIGHT,** _et. al._,

           **Defendants.**
_____

**APPEARANCES:**                       **OF COUNSEL:**

**FOR PLAINTIFF:**

LEOPOLDO CARMONA
_Pro Se_
Republica Dominican
Santo Domingo
Andres Boca Chi Ca, Apt #19
Calle Sanchez

**FOR DEFENDANTS:**

HON. ELIOT SPITZER            CHRISTOPHER W. HALL, ESQ.
New York State Attorney General   Assistant Attorney General
The Capitol
Albany, New York 12224-0341

**Gary L. Sharpe**
**U.S. District Judge**

## Order

    On January 25, 2006, the court issued a Memorandum-Decision and

Order ("MDO") that, *inter alia*, documented the flagrant, intentional and willful failure of plaintiff, Leopoldo Carmona, to obey prior court orders and the federal and local rules.  See *Carmona v. Wright et. al.*, -- F.R.D. -- , 2006 WL 172340 (N.D.N.Y. Jan. 25, 2006); *see also Dkt. No. 72*.  The MDO afforded Carmoma thirty days to file an affidavit that, *inter alia*, detailed legal or equitable reasons as to why the court should refrain from dismissing his lawsuit as a sanction for all of the violations detailed in the MDO.  *Id.* at * 8.  Consistent with Carmona's past behavior, he failed to respond.

Accordingly, and for the numerous reasons cited in the prior MDO, it is hereby

**ORDERED** that Carmona's amended complaint (*Dkt. No. 29*) is **HEREBY DISMISSED** as a sanction for his repeated violations of court orders and the federal and local rules, and because he has failed to prosecute his action.

**SO ORDERED.**

Date:  February 27, 2006
       Albany, New York

*Gary L. Sharpe*
U.S. District Judge

2